UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DODY RICCI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NJ DEPT OF CHILDREN & FAMLIES, et al.,<br><br>　　　　Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br>HON. DOUGLAS E. ARPERT, U.S.M.J.<br><br>Civil Action No.<br>20-16285-FLW-DEA |

Plaintiff's motion to voluntarily dismiss her complaint without prejudice is

**GRANTED**.  Any pending motion(s) is denied as MOOT.

By:  /s/ Freda L. Wolfson
　　　Hon. Freda L. Wolfson
　　　Chief Judge